UNITED STATES DISTRICT COURT
EASTERN DISTRICT of LOUISIANA



**MARLON J. GREEN**

19-00268(B) Mag (4)

Vs.

Gov. John bel-Edwards Administration, VAMC Police, VAMC Billing Bonham, OMV Louisiana, Texas Dept. of Motor Vehicles, First Court New Orleans, Civil Court New Orleans, Office of Homeland Security, Black Congressional Caucus, FBI Chief Robert Mueller III, NOPD (IPM), NOPD Chef Michael Harris, Louisiana Democratic Caucus, FBI Robert Mueller III, bel-Edwards-Israel Economic Policies against Tulane University, Texas Back Institute, Filippo Masciarelli, Brian Barber, Lori Graham, VA Regional Office New Orleans, VA Regional Office Waco-Texas, Vetcompanden Advocates, Valor Law Firm, Joe Holland, Chris Bruno, Patient Advocates Foundation.

### AMENDED COMPLAINTS

**PUBLIC ACCOMEDATIONS CIVIL RIGHTS COMPLAINTS** (see packet) forward Complaint to DOJ.
My name is Marlon J. Green the petitioner. The reason I am turning in this document is to notify you the following individuals have been added to the complaints. They have records and answers we need. Lori Graham, Brian Barber, Vetcompanden, Patient Advocates Foundation, VA Regional New Orleans, VA Regional Waco, Fillipo Masciaelli, Texas Back Institute. We wish for a jury and defendants be properly served by U.S. Marshalls, petitioner cannot.

VAMC Police New Orleans 1601 Perdido St. New Orleans, LA. 70112, VAMC Police 2400 Canal St. New Orleans, LA. 701112. VAMC Police Dallas John Carpenter: 4500 Lancaster 75216
VAMC Bonham Billing Dept.: Sam Rayburn Memorial Veterans Center 1201 E. 9th St. Bonham, TX. 75418
OMV Louisiana: 100 Veterans Blvd, New Orleans, LA 70124
Texas Dept. Of Motor Vehicles: 4000 Jackson Ave, Austin, TX 78731
Governors' John bel-Edwards Administration: 900 N 3rd St #4, Baton Rouge, LA 70802
Louisiana Governor's Office of Homeland Security and Emergency Preparedness:7667 Independence Blvd, Baton Rouge, LA. 70802, Lexis Nexus Atlanta; 245 Peachtree Center Ave NE, Atlanta, GA 30303
Rhonda Griffin First City Court: 421 Loyola Ave. New Orleans, LA. 70112
New Orleans Police Dept. Chief Michael Harris: 1340 Poydras Ave. New Orleans, LA. 70112
New Orleans Police Monitor Office: 2714 Canal St, New Orleans. LA 70119
Louisiana Black Caucus: **State Capitol Building** P.O. Box 44003 Baton Rouge, LA 70804
Congressional Black Caucus: 420 Cannon House Office Building Washington, DC 20515
Dept. of Justice: 950 Pennsylvania Ave NW, Washington, DC 20530
Dept. Of Homeland Security Louisiana: 423 Canal St #350, New Orleans, LA 70130
VA Regional Office: 701 Clay Ave. 76799, VA Regional Office: 1250 Poydras #200 New Orleans. LA. 70113
VetCompanden Advocates: 45 East Sheridan St. Denia Beach. Florida 33004
Valor Law Firm Appeals: 1000 Bourbon St. New Orleans, LA. 70123,
Patient Advocates Foundation: 421 Butler Farm Road Hampton Virginia 23666, Joe Holland: 401 Hickory St. #227 Denton, TX.. 76201, Texas Back Institute: 3537 S. I35 E #308 76208, Filippo Masciarelli: 3303 Colorado Blvd # A, Denton, TX 76210, FBI Robert Mueller: FBI Headquarters 935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001County of Israel & Gov. John bel-Edwards Economic exploits against African Americans.

15 Jan 2019

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

MARLON J. GREEN
PO BOX 58666
New Orleans, LA.
70158
(214) 736-2189