

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 18 2019
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARLON GREEN**  NO: CV19-0268 B (4)
vs.
**BelEdwards ETAL**

### NOTICE TO ALISHA PHELPS: REQUEST FOR AN APPEAL

The Petitioner asked for 30 day extension but was ignored. The Defendants have been served and proof submitted and would like and audit to Bel Edwards Administration mail, email, and faxes. At least five agencies have been contacted (9) times already. Many of you are Lucerfarians not Christians and need to stop acting like your good at day, then act double minded at night.

### DEMAND: ORDER PAY LOST BY DEFAULT JUDGEMENT & CITED ERRORS

Pay Damages to Mr. Green: Intellectual & Intercultural Property Infringement 2014-2019

- 1 Million For Medical Marijuana Successful Campaign & Business
- 1 Million for Economic Development Best Business Motion Picture 2015, 2016
- 1 Million for New Orleans Police failures to investigate fraud & mischief
- 1 Million for Independent Police Monitor Pass Over Qualified Veteran Experience
- 1 Million for Public Accommodations' Discrimination by ignoring faxes & mail
- 1 Million New Orleans Saints Hall Of Fame Snub Class of 2008 Photography

### FAILURE & FUFILL DECREE BY LOCAL & STATE POLICE AGENCIES

Delgado College Campus Police Incident February 2019, another occurrence or about August 17, 2018 there was an incident at CRC building 1530 Gravier Street. The last was Rhonda Griffin Contempt Of Court helping Morris Bart Lawfirm. Demand Lien be taken off MVA dated on 2 July 2016. Proverbs 1:17 "fools despise knowledge". He or She is a fool if can't do their job. 5/16/2019

### FAILURE TO PROSECUTE & PROVIDE REMEDY AS ALLOWED BY LAW

Human Rights Commission, Civil Rights Commission, The Louisiana Attorney Discipline Board, Department of Insurance, Human Relations Commission, First City Court New Orleans, St. John's Parish Sheriff's Office, Baton Rouge Litigation Branch, Civil Court New Orleans, They walk around so arrogant but are made fools in light of the truth of such low ratings and Louisiana is dead last as the worst state.

Director of Photography Marlon Green       *Marlon Green*
PO BOX 58666 New Orleans, LA 70158 directormarlongreen@gmail.com (504)641-0021

TO: Governor John Bel Edwards: 900 N. 3rd Street # 4 Baton Rouge, LA 70802 Baton, Rouge, LA 70802
CC: Human Rights Commission: Human Relations Commissions, CC: Department Of Justice VIA US

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

TENDERED FOR FILING

JUL 18 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of LOUISIANA

MARLON J. GREEN  19-00268(B) Mag (4)

Vs.

UNITED STATES ETAL

SUBMISSION: REQUEST FOR AN APPEAL DECISION BY JURY TO APPEALS CLERK ALISHA PHELPS

Due to the courts non-compliance to summon witnesses, curators, non-answering of depositions, closing of court cases before evidence can be considered are violations of the Judicial Code located in this correspondence. The Plaintiff wishes the court honor their obligation or be cited again. False Imprisonment. Evidence Fulfilled 60 pages. "Fools despise knowledge and instruction", Proverbs 1:17. "Give God what is his, Caesar what is his, me what is mine", says Gospel of Steven. Jewish Proverb says "You cannot touch the heart until you feed the eye".

### NON- COMPLIANCE-CONTEMPT OF COURT (45) COUNTS II

Judge Ivan Lamelle is a racist, he has be involved in witness tampering, contempt, and racism. He knew that Mr. Green was sent to prison on false charges and had opportunity to have charges dropped which shows he is emotionally incompetent. John Anderson is Psychotic every time he sees Mr. Green. Knowingly made false police reports and Judge Ivan Lamelle knows this. Mr. Green wishes to be off restriction list so that he has access to public accommodations'. EEOC Keith T. Hill & Rudy Sustiata follow up on Fernando Rivera stalking, harassing, and compulsive obsessive behavior. Order FBI investigation of false police reports and behavioral restriction's that are illegal because none of the people have licenses from being suspended by outside civilian authorities.

### NON-COMPLIANCE-CONTEMPT OF COURT (45) COUNTS II

Please Audit EEOC at 500 Poydras Street Hale Boggs are also biased. We wish all other cases be absorbed into one because of the clerk of courts misses, and misplacements. Due to the foolishness of the court officer, and frivolous results on their part Mr. Green asks them to audit all cases involving Judge Ivan Lamelle failed to summarize exhibits Mr. Green is in The Honor Society of America. None of my critiques can compare they are Lucerfarians.

- *From 18-Cv-9005 (h)(1) To*
- *2:17-CV-07329-IRLJM To*
- *18;CV-8018 (R)(5)*

**CASE BE REVIEWED BY DOJ & GRAND JURY: AUDIT ALL CASES ADDED JUDGE LAMELLE AS A DEFENDANT: AUDIT ABOVE CASES FOR JUDICAL CODE OF CONDUCT CANNONS 1, 2, 3.**

JUDGE LAMELLE FAILED TO COMPLY WITH ANY OF THE ORDERS GIVEN - CONTEMPT
CLERK LYLE CYACE 45 COUNTS OF CONTEMPT
CLERK MICHEAL BLEVINS 45 COUNTS CONTEMPT
JUDGE SARAH VANCE 45 COUNTS OF CONTEMPT
EEOC KEITH T. HILL 5 COUNTS OF RACIAL DISCRIMINATION
EEOC RUDY SUSTIATA 5 COUNTS OF RATIAL DICRIMINATION
VAMC FERNANDO RIVERA-3 COUNTS CRIMINAL MISCHIEF
VAMC JOHN ANDERSON- 3 COUNTS MAKING FALSE POLICE REPORTS

TENDERED FOR FILING

JUL 18 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

VAMC LINDA DAVIS FOR PATIENTS RIGHTS VIOLATIONS 5 COUNTS

*[signature]*

**CITATION OF CRIMINAL ACTIVITY, OBSTRUCTION OF JUSTICE, PUBLIC ACCOMEDATIONS DISCRIMINSATION: US Marshals complaint about intimidation. Request FBI Investigations.**

Director Marlon Green: PO BOX 58666, New Orleans, LA. 70130 504-641-0021, mgreenm.1@netzero.com

TO: UNITED STATES OF AMERICA ETAL: Clerks Office 500 Poydras St. New Orleans 70130
TO: DEPARTMENT OF JUSTICE FBI: 950 Pennsylvania Ave. N.W. Washington, DC 20530
TO: EEOC: 500 POYDRAS ST. NEW ORLEANS, LA. 70130
TO: OFFICE OF SPECIAL COUNSEL: 601 St. Charles Ave. New Orleans, LA. 70130
TO: FBI INVESTIGATIONS Leon C. Simon 2901 Leon C. Simon Blvd, New Orleans, LA 70126
TO: VAMC 2400 CANAL ST. NEW ORLEANS, LA 70119
TO: FIFTH CIRCUIT COURT OF APPEALS: 601 Maestri Place. New Orleans, LA.70130
TO: UNITED STATES ATTORNEY'S OFFICE SOUTHERN DIST of TEXAS: 1000 Louisiana, Street #2300 Houston, Texas 77002

Po Box 58666
New Orleans, LA 70158

FCM LETTER
NEW ORLEANS, LA
70113
JUL 17 19
AMOUNT
$0.70
R2307N153010-1

70130

7013083873 0025

ATTN: CLERKS OFFICE
CC: APPEALS SECTION
United States District Court
Eastern Dist. of Louisiana
500 Poydras St New Orleans
LA. 70130

